IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGELA BARBER )
) No. 3-12-0939
v. )
)
METROPOLITAN NASHVILLE )
AIRPORT AUTHORITY )

CASE MANAGEMENT ORDER # 2

By contemporaneously entered order, the Court has approved and entered the parties' proposed agreed case management order, with modifications addressed at the initial case management conference held on December 3, 2012. Those modifications and other matters addressed on December 3, 2012, are as follows:

1. The parties expect to engage in settlement discussions after the plaintiff makes a formal settlement demand.

2. Counsel for the parties shall convene telephone conference call with the Court on **Wednesday, May 22, 2013, at 1:00 p.m.,** to be initiated by plaintiff's counsel, to the status of the case, the status of settlement discussions, the propriety of ADR, and any other appropriate matters.

3. Because the parties do not anticipate any difficulties with discovery of electronically stored information, they are exempted from the provisions of Administrative Order No. 174, entitled "Default Standard for Discovery of Electronically Stored Information ('E-Discovery')," entered July 9, 2007.

4. Any dispositive motion shall be filed by July 30, 2013. Any response shall be filed within 21 days of the filing of the motion or by August 20, 2013, if the motion is filed on July 30, 2013. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by September 3, 2013, if the response is filed on August 20, 2013.

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Kevin H. Sharp.

Memoranda in support of or in opposition to any dispositive motion shall not exceed twenty (20) pages.

There shall be no stay of discovery before the June 28, 2013, deadline for the completion of fact and expert discovery even if a dispositive motion is filed prior thereto.

In consultation with Judge Sharp's office, a jury trial is scheduled to begin on **Tuesday, December 10, 2013, at 9:00 a.m.,** in Courtroom A-826, U.S. Courthouse, 801 Broadway, Nashville, TN. The parties anticipate that a trial would last 2-3 days.

A pretrial conference is also scheduled before Judge Sharp on **Monday, November 25, 2013, at 3:30 p.m.,** in Courtroom A-826.

The parties' obligations prior to the pretrial conference will be set forth in an order entered closer to the trial.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge