IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGELA BARBER )
) No. 3-12-0939
v. )
)
METROPOLITAN NASHVILLE )
AIRPORT AUTHORITY )

O R D E R

On April 23, 2013, the parties filed a joint stipulation of dismissal (Docket Entry No. 15).

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is hereby DISMISSED with prejudice and the Clerk is directed to close this case on the records of the Court.

As a result, the telephone conference on May 22, 2013, the pretrial conference on November 25, 2013, and the trial on December 10, 2013, all scheduled by order entered December 14, 2012 (Docket Entry No. 13), are CANCELLED.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge